Louis N. Osmond, Appellant, *v.* New York Cotton Exchange, Inc., et al., Respondents.

(Argued November 29, 1932; decided January 10, 1933.)

*Harris Jay Griston, Herbert C. Smythe* and *Milton Seymour Cohn* for appellant.

*Henry W. Taft* and *George Coggill* for New York Cotton Exchange, Inc., respondent.

*B. F. Norris* and *Phelan Beale* for George H. McFadden et al., respondents.

*Theodore Kiendl, Russel S. Coutant* and *Francis W. Phillips* for M. D. Anderson et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.